*Solicitor General Jackson* for petitioner. *Messrs. Hugh W. McCulloch* and *Frank H. McCulloch* for respondent.

No. 385. FIRST CHROLD CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. John E. McClure* and *Robert N. Miller* for petitioner. *Solicitor General Jackson* for respondent.

No. 417. SAXE *v.* SHEA, ADMINISTRATOR. November 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Thomas D. Thacher* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. J. Louis Monarch, Berryman Green,* and *Warner W. Gardner* for respondent. By leave of Court, *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Henry Epstein,* Solicitor General, filed a brief on behalf of that State, as *amicus curiae,* in support of the petitioner.

No. 372, October Term, 1937. GRAVES ET AL. *v.* ELLIOTT ET AL. See *post,* p. 667.

No. 426. MILK CONTROL BOARD *v.* EISENBERG FARM PRODUCTS. November 21, 1938. Petition for writ of certiorari to the Supreme Court of Pennsylvania granted. *Messrs. Guy K. Bard* and *Harry Polikoff* for petitioner. *Mr. Thomas D. Caldwell* for respondent. By leave of Court, *Messrs. John J. Bennett, Jr.,* Attorney General of New York, *Henry Epstein,* Solicitor General, *Milo R.*

*Kniffen,* and *Robert G. Blabey* filed a brief on behalf of the Commissioner of Agriculture and Markets of New York, as *amicus curiae,* in support of petitioner.

No. 416.  UNITED STATES *v.* BERTELSEN & PETERSEN ENGINEERING Co.  November 21, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted.  MR. JUSTICE REED took no part in the consideration and decision of this application.  *Solicitor General Jackson* for the United States.  *Mr. O. Walker Taylor* for respondent.

No. 436.  NATIONAL LABOR RELATIONS BOARD *v.* FANSTEEL METALLURGICAL CORP.  November 21, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.  *Solicitor General Jackson* and *Mr. Charles Fahy* for petitioner.  *Messrs. Benjamin V. Becker, Max Swiren,* and *Sidney H. Block* for respondent.

No. 437.  UNITED STATES *v.* JAFFRAY ET AL.  November 21, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted.  MR. JUSTICE REED took no part in the consideration and decision of this application.  *Solicitor General Jackson* for the United States.  *Messrs. J. B. Faegre* and *Hayner N. Larson* for respondents.

No. 166.  TOLEDO PRESSED STEEL CO. *v.* STANDARD PARTS, INC.; and
No. 167.  SAME *v.* HUEBNER SUPPLY CO.  See *post,* p. 667.